United States District Court
Southern District of Texas
**ENTERED**
June 09, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBIN SLABAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-01417 |
| ) | |
| NATIONAL CREDIT ADJUSTERS, LLC, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, NATIONAL CREDIT ADJUSTERS, LLC

Before the Court is Plaintiff's Request for the Clerk's Entry of Default against Defendant, NATIONAL CREDIT ADJUSTERS, LLC. Michael S. Agruss is an attorney in good standing with the Southern District of Texas.

Upon consideration, and after due deliberation and sufficient cause appearing therefore, it is **ORDERED** that Plaintiff's Request is **GRANTED** and Defendant is held in Default.

Dated: 6/9/2017

Deputy Clerk
United States District Court
for the Southern District of Texas

1